# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVONE SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>EMMANUEL J. FANTONE and JASWANT KHOKHAR,<br><br>    Defendants. | Case No. 1:16-cv-01179-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE<br><br>(ECF NOS. 16 & 17)<br><br>THIRTY DAY DEADLINE |

Trayvone Smith ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

Both defendants in this case have executed a waiver of service of summons. (ECF Nos. 16 & 17). Both defendants have failed to file a responsive pleading within the time period laid out in the waivers. (Id.).

However, Plaintiff has not moved for a default judgment, or otherwise attempted to prosecute this case since Defendants' failure to file responsive pleadings.

Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed, without prejudice, for failure to prosecute.

The Court notes that if Plaintiff begins going through the appropriate procedure to get a default judgment (see Fed. R. Civ. P. 55), the Court will vacate this order to show cause.

///
///
///
///

1

Accordingly, based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why this case should not be dismissed, without prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated: **August 4, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE