1 PETER J. HIRSIG (State Bar No. 197993)
peter.hirsig@mcnamaralaw.com
2 ADAM C. YOUNG (State Bar No. 287460)
adam.young@mcnamaralaw.com
3 McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
4 639 Kentucky Street, First Floor
Fairfield, CA 94533
5 Telephone: (707) 427-3998
Facsimile: (707) 427-0268
6
7 Attorneys for Defendant
EMMANUEL J. FANTONE

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYVONE SMITH, | Case No. 1:16-cv-01179-EPG (PC) |
| Plaintiff, | **ORDER ON STIPULATED REQUEST FOR EXTENSION OF TIME** |
| vs. | |
| EMMANUEL J. FANTONE and JASWANT KHOKHAR, | |
| Defendants. | |

The Court having considered the papers filed in support of Defendant EMMANUEL J. FANTONE's stipulated request for extension of time to exchange Rule 26 disclosures and to complete the scheduling conference in the above-entitled matter, and good cause appearing therefore, hereby GRANTS Defendant's request and sets the following schedule:

Parties shall exchange their Initial Disclosures pursuant to Fed. R. Civ. Pro 26 within **thirty (30) days** from the date of service of this Order. The parties are instructed to review the Court's prior Order Requiring Initial Disclosures and Setting an Initial Scheduling Conference (ECF No. 30), and to comply with the terms of that order so far as they relate to the required content of the Initial Disclosures and the filing of scheduling conference statements.

An Initial Scheduling Conference will be held on **March 7, 2018, at 3:00 PM.** Parties have leave to appear by phone. Unless the Court issues a future Order with revises the call-in instructions, the parties are instructed to follow the call-in instructions contained in the Court's

January 9, 2018 Minute Order (ECF No. 37). To appear telephonically, each party is to use the following dial-in number and passcode: Dial-in number 1-888-251-2909; Passcode 1024453.

Parties are instructed to follow all other requirements contained in the Court's previous Order (ECF No. 30) so far as they pertain to the conduct and substance of the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated: **January 16, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE