# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

TRAYVONE SMITH,

    Plaintiff,

v.

EMMANUEL J. FANTONE and
JASWANT KHOKHAR,

    Defendants.

Case No. 1:16-cv-01179-LJO-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF NOS. 23, 24, & 53)

Trayvone Smith ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that all claims, except for Plaintiff's claim for deliberate indifference to serious medical needs against defendants Fantone and Khokhar and his claim for violation of due process against defendant Khokhar, be dismissed (with Plaintiff's state law claims being dismissed without prejudice). (ECF No. 53, p. 8).

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on March 23, 2018, are ADOPTED IN FULL;
2. All claims, except for Plaintiff's claim for deliberate indifference to serious medical needs against defendants Fantone and Khokhar and his claim for violation of due process against defendant Khokhar, are DISMISSED (Plaintiff's state law claims are dismissed without prejudice); and
3. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 23, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE